# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148109

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                        SC: 148109
                                        COA: 317815
MARK RONALD DALTON,                Oakland CC: 2008-223033-FH
     Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the November 8, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



s0324

Clerk